## LANDSCAPE LABORER TRAINEE

A new classification, Landscape Laborer Trainee, is based on an eighteen-month training program, as follows:

| EFFECTIVE DATE | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| **RATE A** | | | | | |
| 1st 6 mos. @ 70% $15.67 | $15.67 | $ * | $ * | $ * | |
| 2nd 6 mos. @ 80% $17.91 | $17.91 | $ * | $ * | $ * | |
| 3rd 6 mos. @ 90% $20.15 | $20.15 | $ * | $ * | $ * | |
| **RATE B** | | | | | |
| 1st 6 mos. @ 70% $14.97 | $14.97 | $ * | $ * | $ * | |
| 2nd 6 mos. @ 80% $17.11 | $17.11 | $ * | $ * | $ * | |
| 3rd 6 mos. @ 90% $19.25 | $19.25 | $ * | $ * | $ * | |

(The above rates are wages only. Fringe Benefits are the same as in Section 28A of the Laborers' Master Agreement.)

Prior to employment, the Employer must submit in writing any request for employees from the Local Union; and, all employees must be referred by the Local Union in the area of work.

The ratio of trainees shall be: One in three, with the understanding that each Individual Contractor utilizing the Trainee Classification must employ at least one second period Trainee in the second period of the Agreement and at least one third period Trainee in the third period of the Agreement before being eligible to employ another first period trainee.

## SUPPLEMENT NO. 5
## LABORERS' APPRENTICESHIP PROGRAM

1. **TERM OF APPRENTICESHIP:** The term of apprenticeship shall be 3,000 hours within 18 months. The first 750 hours, shall be a tryout or probationary period.

2. **RATIO:** A qualified employer may employ one (1) apprentice when at least five (5) journeymen are regularly employed, and one (1) additional apprentice for each five (5) additional journeymen.

3. **WORK TRAINING:** The Employer shall see that all apprentices are under the supervision of a qualified journeyman or instructor and shall provide the necessary diversified experience and training in order to train and develop the apprentice into a skilled worker, proficient in all the work processes of a Construction Craft Laborer, as outlined herein. Apprentices shall also be trained in the use of new equipment, materials and processes as they come into use in the craft.

4. **WAGE SCHEDULE:** Apprentices shall be paid not less that the following percentages of the current journeymen's rate:

| | | |
|---|---|---|
| 1st period | 1 – 500 hours | 50% |
| 2nd period | 501 – 1000 hours | 55% |
| 3rd period | 1001 – 1500 hours | 60% |
| 4th period | 1501 – 2000 hours | 70% |
| 5th period | 2001 – 2500 hours | 80% |
| 6th period | 2501 – 3000 hours | 90% |

5. **FRINGE BENEFIT SCHEDULE:**

| | 1st 1500 hours | 2nd 1500 hours |
|---|---|---|
| Health & | Per Master | Per Master |

EXHIBIT A-1
(Part 3 of 3)

| | | |
|---|---|---|
| Welfare | Agreemen | Agreemen |
| Retiree Health & Welfare | Per Master Agreement | Per Master Agreement |
| Pension/Annuity | N/A | Per Master Agreement |
| Vacation | N/A | Per Master Agreement |
| Supplemental Dues | Per Master Agreement | Per Master Agreement |
| Training-Retraining/ Apprenticeship | Per Master Agreement | Per Master Agreement |
| Contract Administration | Per Master Agreement | Per Master Agreement |
| Industry Stabilization Agreement | Per Master Agreement | Per Master Agreement |

### SUPPLEMENT NO. 6
### SUBSISTENCE

It is hereby agreed that effective June 24, 2002, Supplement No. 6, Subsistence of the Laborers Agreement shall read as follows:

**MAP DESCRIPTION FOR AREA FREE ZONE AND SUBSISTENCE ZONE:**

The following is a description based upon township and Area free zones and subsistence zones. Area free zones for all of Northern California within the following lines:

Commencing in the Pacific Ocean on the extension of the Southerly line of Township 19S,

Thence Easterly along the Southerly line of Township 19S, crossing the Mt. Diablo meridian to the S.W. Corner of township 19S, range 6E, Mt. Diablo base line and meridian,

Thence Southerly to the S.W. corner of township 20S, range 6E,

Thence Easterly to the S.W. corner of township 20S, range 13E,

Thence Southerly to the S.W. corner of township 21S, range 13E,

Thence Easterly to the S.W. corner of township 21S, range 17E,

Thence Southerly to the S.W. corner of township 22S, range 17E,

Thence Easterly to the S.E. corner of township 22S, range 17E,

Thence Southerly to the S.W. corner of township 23S, range 18E,

Thence Easterly to the S.E. corner of township 23S, range 18E,

Thence Southerly to the S.W. corner of township 24S, range 19E, falling on the Southerly line of Kings County thence Easterly along the Southerly boundary of Kings County and the Southerly boundary of Tulare County, to the S.E. corner of township 24S range 29E,

Thence Northerly to the N.E. corner of township 21S range 29E,

Thence Westerly to the N.W. corner of township 21S .125 range 29E,

Thence Northerly to the N.E. corner of township 13S

range 28E,
Thence Westerly to the N.W. corner of township 13S, range 28E,
Thence Northerly to the N.E. corner of township 11S, range 27E,
Thence Westerly to the N.W. corner of township 11S, range 27E,
Thence Northerly to the N.E. corner of township 10S, range 26E,
Thence Westerly to the N.W. corner of township 10S, range 26E,
Thence Northerly to the N.E. corner of township 9S, range 25E,
Thence Westerly to the N.W. corner of township 9S, range 25E,
Thence Northerly to the N.E. corner of township 8S, range 24E,
Thence Westerly to the N.W. corner of township 8S, range 24E,
Thence Northerly to the N.E. corner of township 6S, range 23E,
Thence Westerly to the S.E. corner of township 5S, range 19E,
Thence Northerly to the N.E. corner of township 5S, range 19E,
Thence Westerly to the N.W. corner of township 5S, range 19E,
Thence Northerly to the N.E. corner of township 3S, range 18E,
Thence Westerly to the N.W. corner of township 3S, range 18E,

Thence Northerly to the N.E. corner of township 2S range 17E,
Thence Westerly to the N.W. corner of township 2S range 17E,
Thence Northerly crossing the Mt. Diablo baseline to the N.E. corner of township 2N, range 16E
Thence Westerly to the N.W. corner of township 2N range 16E,
Thence Northerly to the N.E. corner of township 3N range 15E,
Thence Westerly to the N.W. corner of township 3N range 15E,
Thence Northerly to the N.E. corner of township 4N range 14E,
Thence Westerly to the N.W. corner of township 4N range 14E,
Thence Northerly to the N.E. corner of township 5N range 13E,
Thence Westerly to the N.W. corner of township 5N range 13E,
Thence Northerly to the N.E. corner of township 10N range 12E,
Thence Easterly to the S.E. corner of township 11N range 14E,
Thence Northerly to the N.E. corner of township 11N range 14E,
Thence Westerly to the N.E. corner of township 11N range 10E,
Thence Northerly to the N.E. corner of township 15N range 10E,
Thence Easterly to the S.E. corner of township 16N

range 11E,
Thence Northerly to the N.E. corner of township 16N, range 11E,
Thence Easterly to the S.E. corner of township 17N, range 14E,
Thence Southerly to the S.W. corner of township 14N, range 15E,
Thence Easterly to the S.E. corner of township 14N, range 15E,
Thence Southerly to the S.W. corner of township 13N, range 16E,
Thence Easterly to the S.E. corner of township 13N, range 16E,
Thence Southerly to the S.W. corner of township 12N, range 17E,
Thence Easterly along the Southern line of township 12N to the Eastern boundary of the State of California,
Thence Northwesterly, thence Northerly along the Eastern boundary of the State of California to the N.E. corner of township 17N, range 18E,
Thence Westerly to the N.W. corner of township 17N, range 11E,
Thence Northerly to the N.E. corner of township 20N, range 10E,
Thence Westerly to the N.W. corner of township 20N, range 10E,
Thence Northerly to the N.E. corner of township 21N, range 9E,
Thence Westerly to the N.W. corner of township 21N, range 9E,

Thence Northerly to the N.E. corner of township 22] range 8E,
Thence Westerly to the N.W. corner of township 22] range 8E,
Thence Northerly to the S.W. corner of township 27] range 8E,
Thence Easterly to the S.E. corner of township 27] range 8E,
Thence Northerly to the NE corner of township 28] range 8E,
Thence Westerly to the N.W. corner of township 28] range 7E,
Thence Northerly to the N.E. corner of township 30] range 6E,
Thence Westerly to the N.W. corner of township 30. range 1E,
Thence Northerly along the Mt. Diablo meridian to t N.E. corner of township 34N, range 1W,
Thence Westerly to the N.W. corner of township 34. range 6W,
Thence Southerly to the N.E. corner of township 32 range 7W,
Thence Westerly to the N.W. corner of township 32 range 7W,
Thence Southerly to the S.W. corner of township 30 range 7W,
Thence Easterly to the S.E. corner of township 30 range 7W,
Thence Southerly to the S.W. corner of township 16 range 6W,
Thence Easterly to the S.E. corner of township 16

range 6W,
Thence Southerly to the S.W. corner of township 14N, range 5W,
Thence Westerly to the S.E. corner of township 14N, range 7W,
Thence Northerly to the N.E. corner of township 14N, range 7W,
Thence Westerly to the N.W. corner of township 14N, range 7W,
Thence Northerly to the N.E. corner of township 15N, range 8W,
Thence Westerly to the S.E. corner of township 16N, range 12W,
Thence Northerly to the N.E. corner of township 16N, range 12W,
Thence Westerly to the N.W. corner of township 16N, range 12W,
Thence Northerly to the N.E. corner of township 18N, range 12W,
Thence Westerly to the N.W. corner of township 18N, range 14W,
Thence Southerly to the S.W. corner of township 18N, range 14W,
Thence Easterly to the S.E. corner of township 18N, range 14W,
Thence Southerly to the S.W. corner of township 16N, range 13W,
Thence Westerly to the N.W. corner of township 15N, range 14W,
Thence Southerly to the S.W. corner of township 14N, range 14W,
Thence Easterly to the S.E. corner of township 14N range 14W,
Thence Southerly to the S.W. corner of township 13N range 13W,
Thence Easterly to the S.E. corner of township 13N range 13W,
Thence Southerly to the S.W. corner of township 11N range 12W,
Thence Easterly to the S.E. corner of township 11N range 12W,
Thence Southerly along the Eastern line of range 12W to the Pacific Ocean, excluding that portion of Northern California within Santa Clara County included within the following line. Commencing at the N.W. corner of township 6S, range 3E, Mt. Diablo Baseline and meridian:
Thence in a Southerly direction to the S.W. corner o township 7S, range 3E,
Thence in an Easterly direction to the S.E. corner o township 7S, range 4E,
Thence in a Northerly direction to the N.E. corner o township 6S, range 4E,
Thence in a Westerly direction to the N.W. corner o township 6S, range 3E, to the point of beginning which portion is a part of Area 2.

Area 1 also includes that portion of Northern Californi within the following lines:
Commencing in the Pacific Ocean on an extension o the Southerly line of township 2N, Humboldt baseline and meridian:
Thence Easterly along the Southerly line of townshi

2N, to the S.W. corner of township 2N, range 1W,
Thence Southerly to the S.W. corner of township 1N, range 1W,
Thence Easterly along the Humboldt baseline to the S.W. corner of township 1N, range 2E,
Thence Southerly to the S.W. corner of township 2S, range 2E,
Thence Easterly to the S.E. corner of township 2S, range 2E,
Thence Southerly to the S.W. corner of township 4S, range 3E,
Thence Easterly to the S.E. corner of township 4S, range 3E,
Thence Northerly to the N.E. corner of township 2S, range 3E,
Thence Westerly to the N.W. corner of township 2S, range 3E,
Thence Northerly crossing the Humboldt baseline to the S.W. corner of township 1N, range 3E,
Thence Easterly along the Humboldt baseline to the S.E. corner of township 1N, range 3E,
Thence Northerly to the N.E. corner of township 9N, range 3E,
Thence Westerly to the N.W. corner of township 9N, range 2E,
Thence Northerly to the N.E. corner of township 10N, range 1E,
Thence Westerly along the Northerly line of township 10N, into the Pacific Ocean.

Subsistence map change shall apply for work bid after June 16, 1980.

All areas other than free zones shall be subject to the pa[y]ment of subsistence, as follows:

On all work subject to travel and subsistence allowan[ce] specified in this Section, the daily subsistence allowan[ce] shall be as follows:

June 24, 2002 through June 30, 2006 - $19.00/day.

The Individual Employer shall not be required to pay su[b]sistence to employees employed by an Individual Employ[er] in a permanent yard or shop or plant and employe[es] employed by an Individual Employer on residential constru[c]tion projects (not camps); subdivisions; buildings of three ( ) stories or less including utilities and site work related to the buildings; streets, roadways and utilities which are a part o[f] residential construction project.

Subsistence shall not be applicable within the city limits [of] the following cities or towns:

Auburn, Coalinga, Crescent City, Exeter, Grass Vall[ey,] Greenfield, Jackson, Jamestown, Lindsay, Mariposa, Neva[da] City, Placerville, Porterville, Sonora, Strathmore, Terrabel[la,] Tuolumne, Twain Harte, Woodlake or Yreka.

Subsistence shall apply to publicly financed camps, hig[h]ways, dams, tunnels, power facilities, defense facilities, uti[li]ties (except as provided above), sewage disposal plants a[nd] heavy engineering projects together with the camps, wa[re]houses, offices or facilities constructed in connection wi[th] such latter projects, such pay shall be separate from t[he] wages of the employee and shall be paid him/her by separ[ate] check.

No subsistence shall be paid on a job located within t[he] right of way of a road or highway forming part of the boun[d]ary of a subsistence area.

If a road or highway forming part of the boundary of a subsistence area is relocated, such relocated road or highway upon being officially opened shall form a part of the boundary of the subsistence area in place of the old road.

When the work is to be performed in the subsistence zone, each employee employed to perform work covered by this Agreement shall receive subsistence pay specified herein.

When the work to be performed is in the non-subsistence zone, such employees shall not be entitled to receive subsistence pay; provided, however, if two or more hours of compensable time (straight time or premium time) are worked by said employee in the subsistence zone, he/she shall be entitled to be paid appropriate subsistence pay as specified herein for the entire day. An employee or person referred for employment shall be entitled to subsistence pay for any day on which he/she is required by or requested to report to the job of the Individual Employer, but does not perform work due to conditions beyond said Individual Employer's control (such as: rainy days, or days when steel or other materials are not available).

If the Individual Employer maintains a camp in the subsistence area herein above described, the Individual Employer agrees not to charge the employees covered by this Agreement more than the amount allowed for subsistence hereunder for suitable room and board incurred during a calendar week.

## SCHEDULE "A"
## DISTRICT COUNCIL OF LABORERS HIRING HALL LOCATIONS

| Local | City | Street Address | Phone Number | Dispatch Hours |
|---|---|---|---|---|
| *67 | Oakland | 8400 Enterprise Way, #119 | 510/569-4761 | 6:30-9:00 a.m. |
| *67 | Sacramento | 2717 Cottage Way, #12 | 916/482-2607 | 6:30-9:00 a.m. |
| 73 | Stockton | 2841 E. Myrtle St. | 209/466-3356 | 6:30-9:00 a.m. |
| 139 | Santa Rosa | 81 Barham Avenue | 707/542-1107 | 6:30-9:00 a.m. |
| 185 | Sacramento | 1320 W. National Drive | 916/928-8300 | 6:30-9:00 a.m. |
| 185 | Redding | 2865 Churn Creek Rd., #D | 530/221-0961 | 6:30-9:00 a.m. |
| 185 | Yuba City | 1650 Sierra Ave., #206 | 530/674-4707 | 6:30-9:00 a.m. |
| 261 | San Francisco | 3271 - 18th St. | 415/826-4550 | 6:30-9:00 a.m. |
| 270 | San Jose | 509 Emory St. | 408/297-2620 | 6:30-9:00 a.m. |
| 270 | Santa Cruz | 640 Eaton St. | 831/475-7058 | 6:30-9:00 a.m. |
| 291 | San Rafael | 4174 Redwood Hwy. | 415/492-0936 | 6:30-9:00 a.m. |
| 291 | Napa | (Phone dispatch only) | 707/226-7971 | 6:30-9:00 a.m. |
| 294 | Fresno | 5431 E. Hedges Ave. | 559/255-3019 | 6:30-9:00 a.m. |
| 294 | Visalia | 319 N. Church Street | 559/734-9426 | 6:30-9:00 a.m. |
| 297 | Salinas | 117 Pajaro St. | 831/422-7077 | 6:30-9:00 a.m. |
| 297 | Monterey | 254 Casa Verde Way | 831/648-1081 | 6:30-9:00 a.m. |

| | | | |
|---|---|---|---|
| 304 | Hayward | 29475 Mission Blvd. | 510/581-4681 | 6:30-9:00 a.m. |
| 304 | Oakland | 425 Roland Way | 510/562-2661 | 6:30-9:00 a.m. |
| 304 | Livermore | 2063 Research Drive | 925/455-8292 | 6:30-9:00 a.m. |
| 324 | Martinez | 611 Berrellesa St. | 925/228-0930 | 6:30-9:00 a.m. |
| 324 | Pittsburg | 1085 Cumberland St. | 925/439-1021 | 6:30-9:00 a.m. |
| 324 | Richmond | 101 So. 12th St. | 510/234-1069 | 6:30-9:00 a.m. |
| 326 | Vallejo | 2920 Sonoma Blvd., Suite B | 707/643-7214 | 6:30-9:00 a.m. |
| 389 | San Mateo | 300 - 7th Ave. | 650/344-7168 | 6:30-9:00 a.m. |
| 1130 | Modesto | 2549 Yosemite Blvd., Ste. K | 209/521-9883 | 6:30-9:00 a.m. |

\* Asbestos

Northern California District Council of Laborers
Union Plaza
4780 Chabot Drive, Suite 200 • Pleasanton, CA 94588
(925) 469-6800 • Fax (925) 469-6900

Office Hours:
7:00 am to 5:00 pm Monday through Friday

93

## MEMORANDUM AGREEMENT

It is hereby mutually understood and agreed by and between the undersigned individual employer and the Northern California District Council of Laborers for and on behalf of all affiliated Local Unions in the 46 Northern California Counties hereinafter referred to as Union that for and in consideration of services performed and to be performed by Laborers for the individual employer, the individual employer agrees to comply with all wages, hours, and working conditions set forth in the Laborers' Master Agreement for Northern California June 24, 2002 through June 30, 2006 (which agreement is incorporated herein by reference and a copy of which has been delivered to me and receipt of which is hereby expressly acknowledged), which amends, modifies, supplements and renews each and every, all and singular previous Laborers' Master Agreements or individual employer Memorandum Agreement in the construction industry in the 46 Northern California Counties and any future modifications, changes, amendments, supplements, extensions or renewals of or to said Master Agreement which may be negotiated between the parties thereto for the term thereof.

The individual employer and/or association by executing this Memorandum Agreement continues to be bound by each and every of the Memoranda previously signed by said individual employer and/or association, if any, for all work performed by said individual employe

94

as described in said Master Agreement and as covered by said Master Agreement regardless of the name or style or method of organization of any individual employer entity and specifically applies to any company, firm or corporation in the construction industry with which or to which the undersigned has any connection of any nature or kind whatsoever. The undersigned individual employer or association, having satisfied itself that the Union represents a majority of the employees employed by the employer in an appropriate unit for collective bargaining, hereby recognizes the Union to be the collective representative for its employees at all job sites located within the forty-six Northern California Counties, pursuant to section 9(a) of the National Labor Relations Act.

The individual employer agrees to pay all sums of money for each hour paid for or worked by employees performing work covered by said Master Agreement to each and every all and singular of the Trust Funds specified in said Master Agreement, at their respective offices in San Francisco, Calif. and to accept and assume and be bound by all of the obligations of any trust agreement, plans, or rules or any amendments, modifications, or changes, thereof made by the parties thereto as are now or may hereafter be imposed upon any individual employer by or pursuant to any such trust, trust fund or plan as set forth in the Master Agreement or any applicable trust agreement, including the obligation to pay liquidated damages and other sums due upon delinquency as provided in said trust agreements. The individual employer hereby acknowledges receipt of copies of each of said trust agreements.

The individual employer further agrees that he or she does irrevocably designate and appoint the Employer Members of said Trust Fund and Plan mentioned in the Master Agreement as his or her attorneys in fact for the selection, removal, and substitution of trustees or board members as provided in the trust agreements or plans or as may be hereafter provided by or pursuant to said trust agreements or plans.

Notwithstanding any provision of the Master of this Agreement, it is understood that the individual employer is required to give written notice to said District Council, of the name or names of any entity, person, firm, or corporation engaged in the construction industry with which the undersigned becomes or is now connected and any change of name or style under which the undersigned will be or is engaged in the construction industry in the territory covered by said Master Agreement. Such written notice must be given no less than 10 days prior to the date of any such change of name, new corporation, change or corporation status, creation or formation of any entity, etc.

Notwithstanding any provisions of the Master Agreement or this Agreement, the Union reserves the right to strike (provided however, that no aspect of the subcontractors' clause, including its enforcement, may

be enforced by or subject to strike action) or process the dispute through the grievance procedure, or both, the individual employer for alleged contract violations or breach of this Agreement and such strike shall not be deemed a breach of contract by the Union. Submission of any grievance involving the undersigned individual employer shall be to the permanent neutral arbitrator provided in the grievance procedure of the Master Agreement. Claims for unpaid wages or trust fund contributions may be submitted to the Labor commission at the sole option of the Union or the appropriate trust fund at anytime, in addition to any other remedy provided by the Master Agreement or this Agreement or by law.

Union agrees to perform all of the provisions of the Agreement hereinabove referred to.

This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers, and assigns of the individual employer, including any name or style to which business is conducted with respect to work covered by this Agreement.

It is the intention of the undersigned to enforce the provisions of this Agreement only to the extent permitted by law. Except as set forth below, the individual employer waives any right that he or it may have to terminate, abrogate, repudiate or cancel this Agreement during its term, or during the term of any future modifications, changes, amendments, extensions, or supplements renewals of or to said Master Agreement, or to file or process any petition before the National Labor Relations Board seeking such termination, abrogation, repudiation or cancellation.

This Agreement shall remain in full force and effect until June 30, 2006, and shall continue thereafter for the term of any future modifications, changes, amendments, supplements, extensions, or renewals of or to said Master Agreement which may be negotiated between the parties thereto unless either party to this Memorandum Agreement gives written notice to the other of the desire to change or cancel not more than ninety (90) days nor less than sixty (60) days prior to June 30, 2006, or June 30th of any year in which the Master Agreement may terminate.

Dated: This ............day of ...............
Effective: This ..........day of ...............

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

By ......*[signature]*...................................
    José A. Moreno, Business Manager

LOCAL UNION NO ........................................

By ...................................................
                        Title

........................................................
(Name of individual employer and/or Association)

........................................................
(Signature of individual employer or Authorized Representative)

By ...................................................
                        Title

Contractor's License No ................................

Address ...............................................

City & State ....................Zip ..........

Telephone Number & Area Code ...............

Northern California District Council of Laborers Copy

99

## MEMORANDUM AGREEMENT

It is hereby mutually understood and agreed by an[d] between the undersigned individual employer and th[e] Northern California District Council of Laborers for an[d] on behalf of all affiliated Local Unions in the 4[6] Northern California Counties hereinafter referred to a[s] Union that for and in consideration of services pe[r]formed and to be performed by Laborers for the indivi[d]ual employer, the individual employer agrees to comp[ly] with all wages, hours, and working conditions set for[th] in the Laborers' Master Agreement for Norther[n] California June 24, 2002 through June 30, 2006 (whic[h] agreement is incorporated herein by reference and [a] copy of which has been delivered to me and receipt [of] which is hereby expressly acknowledged), whic[h] amends, modifies, supplements and renews each an[d] every, all and singular previous Laborers' Mast[er] Agreements or individual employer Memorandu[m] Agreement in the construction industry in the 4[6] Northern California Counties and any future modific[a]tions, changes, amendments, supplements, extensio[ns] or renewals of or to said Master Agreement which m[ay] be negotiated between the parties thereto for the ter[m] thereof.

The individual employer and/or association by execu[t]ing this Memorandum Agreement continues to b[e] bound by each and every of the Memoranda previous[ly] signed by said individual employer and/or association, [if] any, for all work performed by said individual employ[er] as described in said Master Agreement and as covere[d] by said Master Agreement regardless of the name [of]

100

style or method of organization of any individual employer entity and specifically applies to any company, firm or corporation in the construction industry with which or to which the undersigned has any connection of any nature or kind whatsoever. The undersigned individual employer or association, having satisfied itself that the Union represents a majority of the employees employed by the employer in an appropriate unit for collective bargaining, hereby recognizes the Union to be the collective representative for its employees at all job sites located within the forty-six Northern California Counties, pursuant to section 9(a) of the National Labor Relations Act.

The individual employer agrees to pay all sums of money for each hour paid for or worked by employees performing work covered by said Master Agreement to each and every all and singular of the Trust Funds specified in said Master Agreement, at their respective offices in San Francisco, Calif. and to accept and assume and be bound by all of the obligations of any trust agreement, plans, or rules or any amendments, modifications, or changes, thereof made by the parties thereto as are now or may hereafter be imposed upon any individual employer by or pursuant to any such trust, trust fund or plan as set forth in the Master Agreement or any applicable trust agreement, including the obligation to pay liquidated damages and other sums due upon delinquency as provided in said trust agreements. The individual employer hereby acknowledges receipt of copies of each of said trust agreements.

The individual employer further agrees that he or she does irrevocably designate and appoint the Employer Members of said Trust Fund and Plan mentioned in the Master Agreement as his or her attorneys in fact for the selection, removal, and substitution of trustees or board members as provided in the trust agreements or plans or as may be hereafter provided by or pursuant to said trust agreements or plans.

Notwithstanding any provision of the Master of this Agreement, it is understood that the individual employer is required to give written notice to said District Council, of the name or names of any entity, person, firm, or corporation engaged in the construction industry with which the undersigned becomes or is now connected and any change of name or style under which the undersigned will be or is engaged in the construction industry in the territory covered by said Master Agreement. Such written notice must be given no less than 10 days prior to the date of any such change of name, new corporation, change or corporation status, creation or formation of any entity, etc.

Notwithstanding any provisions of the Master Agreement or this Agreement, the Union reserves the right to strike (provided however, that no aspect of the subcontractors' clause, including its enforcement, may be enforced by or subject to strike action) or process the dispute through the grievance procedure, or both the individual employer for alleged contract violations or breach of this Agreement and such strike shall not b

101

102

deemed a breach of contract by the Union. Submission of any grievance involving the undersigned individual employer shall be to the permanent neutral arbitrator provided in the grievance procedure of the Master Agreement. Claims for unpaid wages or trust fund contributions may be submitted to the Labor commission at the sole option of the Union or the appropriate trust fund at anytime, in addition to any other remedy provided by the Master Agreement or this Agreement or by law.

Union agrees to perform all of the provisions of the Agreement hereinabove referred to.

This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers, and assigns of the individual employer, including any name or style to which business is conducted with respect to work covered by this Agreement.

It is the intention of the undersigned to enforce the provisions of this Agreement only to the extent permitted by law. Except as set forth below, the individual employer waives any right that he or it may have to terminate, abrogate, repudiate or cancel this Agreement during its term, or during the term of any future modifications, changes, amendments, extensions, or supplements renewals of or to said Master Agreement, or to file or process any petition before the National Labor Relations Board seeking such termination, abrogation, repudiation or cancellation.

This Agreement shall remain in full force and effect until June 30, 2006, and shall continue thereafter for the term of any future modifications, changes, amendments, supplements, extensions, or renewals of or to said Master Agreement which may be negotiated between the parties thereto unless either party to this Memorandum Agreement gives written notice to the other of the desire to change or cancel not more than ninety (90) days nor less than sixty (60) days prior to June 30, 2006, or June 30th of any year in which the Master Agreement may terminate.

Dated: This ............ day of ...............
Effective: This .......... day of ...............

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

By ................................................
      José A. Moreno, Business Manager

LOCAL UNION NO ...................................

By ................................................
                Title

................................................
(Name of individual employer and/or Association)

................................................
(Signature of individual employer or Authorized Representative)

By ................................................
                Title

Contractor's License No ..........................

Address .........................................

City & State .................... Zip ..........

Telephone Number & Area Code .............

Trust Fund Copy

105

## MEMORANDUM AGREEMENT

It is hereby mutually understood and agreed by an between the undersigned individual employer and th Northern California District Council of Laborers for an on behalf of all affiliated Local Unions in the 4 Northern California Counties hereinafter referred to a Union that for and in consideration of services pe formed and to be performed by Laborers for the individ ual employer, the individual employer agrees to comp with all wages, hours, and working conditions set fort in the Laborers' Master Agreement for Norther California June 24, 2002 through June 30, 2006 (whic agreement is incorporated herein by reference and copy of which has been delivered to me and receipt which is hereby expressly acknowledged), whic amends, modifies, supplements and renews each an every, all and singular previous Laborers' Mast Agreements or individual employer Memorandu Agreement in the construction industry in the 4 Northern California Counties and any future modifica tions, changes, amendments, supplements, extensior or renewals of or to said Master Agreement which ma be negotiated between the parties thereto for the ter thereof.

The individual employer and/or association by execu ing this Memorandum Agreement continues to t bound by each and every of the Memoranda previous signed by said individual employer and/or association, any, for all work performed by said individual employ

106

as described in said Master Agreement and as covered by said Master Agreement regardless of the name or style or method of organization of any individual employer entity and specifically applies to any company, firm or corporation in the construction industry with which or to which the undersigned has any connection of any nature or kind whatsoever. The undersigned individual employer or association, having satisfied itself that the Union represents a majority of the employees employed by the employer in an appropriate unit for collective bargaining, hereby recognizes the Union to be the collective representative for its employees at all job sites located within the forty-six Northern California Counties, pursuant to section 9(a) of the National Labor Relations Act.

The individual employer agrees to pay all sums of money for each hour paid for or worked by employees performing work covered by said Master Agreement to each and every all and singular of the Trust Funds specified in said Master Agreement, at their respective offices in San Francisco, Calif. and to accept and assume and be bound by all of the obligations of any trust agreement, plans, or rules or any amendments, modifications, or changes, thereof made by the parties thereto as are now or may hereafter be imposed upon any individual employer by or pursuant to any such trust, trust fund or plan as set forth in the Master Agreement or any applicable trust agreement, including the obligation to pay liquidated damages and other sums due upon delinquency as provided in said trust agreements. The individual employer hereby acknowledges receipt of copies of each of said trust agreements.

The individual employer further agrees that he or she does irrevocably designate and appoint the Employer Members of said Trust Fund and Plan mentioned in the Master Agreement as his or her attorneys in fact for the selection, removal, and substitution of trustees or board members as provided in the trust agreements or plans or as may be hereafter provided by or pursuant to said trust agreements or plans.

Notwithstanding any provision of the Master of this Agreement, it is understood that the individual employer is required to give written notice to said District Council, of the name or names of any entity, person, firm, or corporation engaged in the construction industry with which the undersigned becomes or is now connected and any change of name or style under which the undersigned will be or is engaged in the construction industry in the territory covered by said Master Agreement. Such written notice must be given no less than 10 days prior to the date of any such change of name, new corporation, change or corporation status creation or formation of any entity, etc.

Notwithstanding any provisions of the Master Agreement or this Agreement, the Union reserves the right to strike (provided however, that no aspect of the subcontractors' clause, including its enforcement, may be enforced by or subject to strike action) or process the dispute through the grievance procedure, or both

the individual employer for alleged contract violations or breach of this Agreement and such strike shall not be deemed a breach of contract by the Union. Submission of any grievance involving the undersigned individual employer shall be to the permanent neutral arbitrator provided in the grievance procedure of the Master Agreement. Claims for unpaid wages or trust fund contributions may be submitted to the Labor commission at the sole option of the Union or the appropriate trust fund at anytime, in addition to any other remedy provided by the Master Agreement or this Agreement or by law.

Union agrees to perform all of the provisions of the Agreement hereinabove referred to.

This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers, and assigns of the individual employer, including any name or style to which business is conducted with respect to work covered by this Agreement.

It is the intention of the undersigned to enforce the provisions of this Agreement only to the extent permitted by law. Except as set forth below, the individual employer waives any right that he or it may have to terminate, abrogate, repudiate or cancel this Agreement during its term, or during the term of any future modifications, changes, amendments, extensions, or supplements renewals of or to said Master Agreement, or to file or process any petition before the National Labor Relations Board seeking such termination, abrogation, repudiation or cancellation.

This Agreement shall remain in full force and effect until June 30, 2006, and shall continue thereafter for the term of any future modifications, changes, amendments, supplements, extensions, or renewals of or to said Master Agreement which may be negotiated between the parties thereto unless either party to this Memorandum Agreement gives written notice to the other of the desire to change or cancel not more than ninety (90) days nor less than sixty (60) days prior to June 30, 2006, or June 30th of any year in which the Master Agreement may terminate.

Dated: This ............day of ...............
Effective: This............day of ...............

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

By ................................
       José A. Moreno, Business Manager

LOCAL UNION NO ............................

By ................................
                Title

................................
(Name of individual employer and/or Association)

................................
(Signature of individual employer or Authorized Representative)

By ................................
                Title

Contractor's License No ......................

Address ....................................

City & State ....................Zip ..........

Telephone Number & Area Code ...............

Employer Copy

Notes

111                                                          112