# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA (See Attachment A to Summons in a Civil Case)<br>V.<br>KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>**CRB** |

TO: (Name and address of defendant)

**Ken Douglas Schuldt, Individually**
9145 Cypress Ave., Cotati, CA 94931

**Ken Douglas Schuldt, Individually and doing business as All Access Bobcat**
9145 Cypress Ave., Cotati, CA 94931

**All Access Bobcat**
9145 Cypress Ave.
Cotati, CA 94931

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry E. Hinkle, Bar No. 071223
Concepcion E. Lozano-Batista, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Phone: (510) 337-1001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

NDCAO440

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____    _____
            Date                    *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Attachment A to Summons in a Civil Case

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

       Plaintiffs,

v.

KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT,

       Defendants.

**Attachment A to Summons in a Civil Case**