# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA (See Attachment A to Summons in a Civil Case)

V.

KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 07 6403 CRB**

TO: (Name and address of defendant)

**Ken Douglas Schuldt, Individually**
9145 Cypress Ave., Cotati, CA 94931

**Ken Douglas Schuldt, Individually and doing business as All Access Bobcat**
9145 Cypress Ave., Cotati, CA 94931

**All Access Bobcat**
9145 Cypress Ave.
Cotati, CA 94931

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry E. Hinkle, Bar No. 071223
Concepcion E. Lozano-Batista, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Phone: (510) 337-1001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 1 8 2007

Richard W. Wieking
CLERK

DATE

_(signature)_
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NDCAO440

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

- [XX] Served Personally upon the Defendant. Place where served: __SEE ATTACHED PROOFS OF SERVICE__

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [ ] Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | SEE ATTACHED PROOFS OF SERVICE | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                                                          Signature of Server

                                                                          _____
                                                                          Address of Server

SEE ATTACHED PROOFS OF SERVICE.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Attachment A to Summons in a Civil Case

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

    Plaintiffs,

v.

KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT,

    Defendants.

## Attachment A to Summons in a Civil Case

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034363-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. SCHULDT

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 07 6403 CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Order Setting Initial Case Management Conference; ECF Registration Information Handout; Civil Case Cover Sheet; Welcome to the U.S. District Court, San Francisco;

Name: KEN DOUGLAS SCHULDT, INDIVIDUALLY AND DOING BUSINESS AS ALL ACCESS BOBCAT

Date of Delivery: January 3, 2008    HDATE:
Time of Delivery: 11:00 am

Place of Service: 1380 HELMAN
COTATI, CA                                              **(Residence)**

Manner of Service:  **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:   $ 59.50

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO County,
Number: 397
Expiration Date:
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
302/00034363-02

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: January 3, 2008
at: San Francisco, California.

Signature: /s/
Name: DENISE O'CALLAHAN
Title:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034363-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. SCHULDT

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 07 6403 CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Order Setting Initial Case Management Conference; ECF Registration Information Handout; Civil Case Cover Sheet; Welcome to the U.S. District Court, San Francisco;

  Name: ALL ACCESS BOBCAT

Person Served: KEN DOUGLAS SCHULDT
  Title: AGENT FOR SERVICE

Date of Delivery: January 3, 2008    HDATE:
Time of Delivery: 11:00 am

Place of Service: 1380 HELMAN
         COTATI, CA                                **(Residence)**

Manner of Service:  **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 59.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . SAN FRANCISCO . . . County,
    Number: . . . . . . . .397. . . . . . . . . . . .
    Expiration Date:
    RAPID SERVE
    210 Fell Street, # 19
    San Francisco, CA 94102
    (415) 882-2266
         302/00034363-03

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . January 3, 2008 . . . . . . . ,
at: . . . . . . . . San Francisco . . . . . , California.

Signature: _____
Name: DENISE O'CALLAHAN
Title:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034363-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. SCHULDT

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 07 6403 CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Order Setting Initial Case Management Conference; ECF Registration Information Handout; Civil Case Cover Sheet; Welcome to the U.S. District Court, San Francisco;

Name: KEN DOUGLAS SCHULDT, INDIVIDUALLY

Date of Delivery: January 3, 2008    HDATE:
Time of Delivery: 11:00 am

Place of Service: 1380 HELMAN
COTATI, CA                               **(Residence)**

Manner of Service:  **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 134.00

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . SAN FRANCISCO . . . County,
    Number: . . . . . . 397 . . . . . . . . . . . . . .
    Expiration Date:
    RAPID SERVE
    210 Fell Street, # 19
    San Francisco, CA 94102
    (415) 882-2266
    302/00034363-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . January 3, 2008 . . . . . . . ,
at: . . . . . . . . San Francisco . . . . , California.

Signature: _____
Name: DENISE O'CALLAHAN
Title: