BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT,<br><br>Defendants. | No.   CV-07-6403 CRB<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO:   THE CLERK OF THE COURT AND DEFENDANTS KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT:**

Pursuant to Civil Local Rule 7-10, Plaintiffs and Defendant hereby request that the initial case management conference scheduled for March 28, 2008 be continued for 30 days.

Plaintiffs served Defendant with the complaint on January 3, 2008, for which Proofs of

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**

service were filed before this Court with the Summons evidencing such service on January 8, 2008. Defendants filed an Answer and Affirmative Defenses on January 24, 2008. Plaintiffs and Defendant met and conferred regarding the ADR options, but have not been able to meet and confer regarding the Case Management Conference due to the illness of Mr. Sax, counsel for Defendants.

The above stated facts are set forth in the accompanying declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: March 25, 2008

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation


          By: _____/s/_____
            CONCEPCIÓN E. LOZANO-BATISTA

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the case management conference for 90 days, or as soon thereafter as a court date is available. In addition, the Court Orders:

Dated: _____

          The Honorable Charles R. Breyer
           United States District Court Judge

116577/488299

- 2 -

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001