1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
4  Telephone (510) 337-1001
   Facsimile  (510) 337-1023
5
   Attorneys for Plaintiffs
6

7                          UNITED STATES DISTRICT COURT
8                         NORTHERN DISTRICT OF CALIFORNIA
9

10
    THE BOARD OF TRUSTEES, in their           ) No.    CV-07-6403 CRB
11  capacities as Trustees of the LABORERS    )
    HEALTH AND WELFARE TRUST FUND             )
12  FOR NORTHERN CALIFORNIA; LABORERS         )
    VACATION-HOLIDAY TRUST FUND FOR           ) **EX PARTE APPLICATION FOR**
13  NORTHERN CALIFORNIA; LABORERS             ) **CONTINUANCE OF CASE**
    PENSION TRUST FUND FOR NORTHERN           ) **MANAGEMENT CONFERENCE;**
14  CALIFORNIA; and LABORERS TRAINING         ) ~~(PROPOSED)~~ **ORDER**
    AND RETRAINING TRUST FUND FOR             )
15  NORTHERN CALIFORNIA,                      )
                                              )
16              Plaintiffs,                   )
                                              )
17         v.                                 )
                                              )
18  KEN DOUGLAS SCHULDT, Individually;        )
    KEN DOUGLAS SCHULDT, Individually and     )
19  doing business as ALL ACCESS BOBCAT;      )
    ALL ACCESS BOBCAT,                        )
20                                            )
                Defendants.                   )
21                                            )

22
23  **TO:   THE CLERK OF THE COURT AND DEFENDANTS KEN DOUGLAS SCHULDT,**
    **Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL**
24  **ACCESS BOBCAT; ALL ACCESS BOBCAT:**
25         Pursuant to Civil Local Rule 7-10, Plaintiffs and Defendant hereby request that the initial
26  case management conference scheduled for March 28, 2008 be continued for 30 days.
27         Plaintiffs served Defendant with the complaint on January 3, 2008, for which Proofs of
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
(PROPOSED) ORDER**

1  service were filed before this Court with the Summons evidencing such service on January 8, 2008.

2  Defendants filed an Answer and Affirmative Defenses on January 24, 2008.  Plaintiffs and

3  Defendant met and conferred regarding the ADR options, but have not been able to meet and

4  confer regarding the Case Management Conference due to the illness of Mr. Sax, counsel for

5  Defendants.

6      The above stated facts are set forth in the accompanying declaration of Concepción E.

7  Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,

8  filed herewith.

9  Dated: March 25, 2008

10      WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

11

12      By: _____/s/_____
13      CONCEPCIÓN E. LOZANO-BATISTA

14

15  ### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

16      Based upon the foregoing Ex Parte Application for Continuance of Case Management

17  Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to

18  Continue Case Management Conference, the Court orders a continuance of the case management

19  conference for 90 days, or as soon thereafter as a court date is available.  In addition, the Court

20  Orders: **Case management conference set for June 27, 2008 at 8:30 a.m.**

21

22

23

24  Dated: March 26, 2008

The Honorable Charles R. Breyer
United States District Judge



25

26  116577/488299

27

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 2 -

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**