LAW OFFICES OF ARTHUR R. SIEGEL



ARTHUR R. SIEGEL
351 CALIFORNIA STREET
SUITE 700
SAN FRANCISCO
CA 94104
ASIEGEL@IGC.ORG
FAX  395-9615
415/ 395-9335

April 23, 2008

Concepcion E. Lozano-Batista        via email courtnotices@unioncounsel.net
Barry E. Hinkle
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

Richard Philip Sax        via email Richard@rsaxlaw.com
Law Offices of Richard Philip Sax
448 Sebastopol Avenue
Santa Rosa, CA  95401

    Re:    Board of Trustees v. Ken Douglas Schuldt, et al.
             United States District Court Case No. C 07-06403 CRB MED

Dear Counsel:

    This will confirm that the telephone conference referred to in my letter dated March 25, 2008 has been scheduled for Friday, April 25, 2008 at 3:00 p.m. We can hold the mediation no later than June 5, 2008. Any extensions beyond that date will have to be granted by your trial judge. Therefore, please ascertain a selection of dates from your clients upon which the mediation may be conducted. My office will initiate the telephone conference.

    Thank you for your cooperation.

Very truly yours,

Arthur R. Siegel

cc: Clerk's Office-ADR Unit
    *Via email* Alice_Fiel@cand.uscourts.gov
ARS:tr