| | |
|---|---|
| 1 | **LAW OFFICES OF RICHARD SAX** |
| 2 | Richard Sax  SBN 80632 |
|   | 448 Sebastopol Avenue |
| 3 | Santa Rosa, CA  95401 |
|   | Telephone:  (707) 525-1824 |
| 4 | Facsimile:  (707) 525-8119 |
|   | e-mail: Richard@rsaxlaw.com |
| 5 | Attorney for Defendant, |
|   | Ken Douglas Schuldt, |
| 6 | Individually and dba All Access Bobcat |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT, <br><br> Defendants. | Case No. CV 07 6403 CRB <br><br><br> **STIPULATION AND ORDER RE EXTENDING MEDIATION DATE CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel of record in this action, that (1) the date by which the mediation of this

1

1  matter must be completed be extended to July 31, 2008 to accommodate the
2  attendance of the defendant, whose prior commitments outside of the United States
3  prevent him from attending mediation within the timeline set by the court; and (2)
4  as a result, the Case Management Conference set for June 27, 2008 be postponed to
5  _____, 2008.

6

7  DATED: May 22, 2008                    LAW OFFICES OF RICHARD SAX

8
9
10                                         By _____
11                                         Richard Sax, Attorney for
                                           Defendant Ken Douglas Schuldt,
12                                         Individually and dba All Access Bobcat

13
14 DATED: May 22, 2008                    WEINBERG, ROGER & ROSENFELD

15
16                                         By _____
17                                         Concepcion E. Lozano-Batista Esq.,
                                           Attorney for Plaintiff BOARD OF
18                                         TRUSTEES
19
20
21                                    **ORDER**
22
   Good cause appearing, and pursuant to the above stipulation of the parties,
23
   IT IS SO ORDERED THAT:
24
   1.   The date by which the mediation of this matter must be completed be
25
   extended to July 15, 2008.
26
27
28

| | | |
|---|---|---|
|1| 2. | The Case Management Conference set for June 27, 2008 be postponed to |
|2| | _____, 2008. |

DATED: May \_\_\_, 2008

_____
Judge of the United States District Court

3

STIPULATION AND ORDER
*Board of Trustees, et al. v. Ken Douglas Schuldt, et al.*
Case No. CV 07 6403 CRB

## PROOF OF SERVICE

I declare that: I am employed in the County of Sonoma, California. I am over the age of eighteen (18) years and not a party to the within case; my business address is 448 Sebastopol Ave, Santa Rosa, CA 95401. On May 23, 2008 I served **STIPULATION AND ORDER RE EXTENDING MEDIATION DATE CONTINUING CASE MANAGEMENT CONFERENCE** on the interested party in said cause by U.S. mail at Santa Rosa, California, addressed as follows:

Concepcion E. Lozano-Batista Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94510
Facsimile: 510-337-1023
Attorneys for Plaintiff

( )   BY OVERNIGHT DELIVERY, PURSUANT TO CCP § 1013 (c): I placed such sealed envelope for collection and mailing by overnight delivery at Santa Rosa, California, within the ordinary business practices. I am readily familiar with the practices of the Law Offices of Richard Sax, said practice being that in the ordinary course of business; correspondence is either picked up by or delivered to the delivery company the same day as it is placed for processing.

( )   BY FACSIMILE: I caused the above-described document to be transmitted, pursuant to Rule 2008, by facsimile machine (which complies with Rule 2003(3)) to the parties at the number(s) indicated after the address(es) noted above. The transmission was reported as complete and without error.

(XX) BY MAIL: I placed said document in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of The Law Offices of Richard Sax for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

( )   BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the parties at the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California, on May 23, 2008.

*Joanne Miller* (signature)
Joanne Miller

1