**LAW OFFICES OF RICHARD SAX**
Richard Sax  SBN 80632
448 Sebastopol Avenue
Santa Rosa, CA  95401
Telephone:  (707) 525-1824
Facsimile:  (707) 525-8119
e-mail: Richard@rsaxlaw.com
Attorney for Defendant,
Ken Douglas Schuldt,
Individually and dba All Access Bobcat

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT,<br><br>Defendants. | Case No. CV 07 6403 CRB<br><br><br>STIPULATION AND ORDER RE EXTENDING MEDIATION DATE CONTINUING CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel of record in this action, that (1) the date by which the mediation of this

1

1  matter must be completed be extended to July 31, 2008 to accommodate the
2  attendance of the defendant, whose prior commitments outside of the United States
3  prevent him from attending mediation within the timeline set by the court; and (2)
4  as a result, the Case Management Conference set for June 27, 2008 be postponed to
5  _____, 2008.

7  DATED: May 22, 2008                    LAW OFFICES OF RICHARD SAX

10                                         By _____
11                                         Richard Sax, Attorney for
                                           Defendant Ken Douglas Schuldt,
12                                         Individually and dba All Access Bobcat

13  DATED: May 22, 2008                    WEINBERG, ROGER & ROSENFELD
14

16                                         By _____
17                                         Concepcion E. Lozano-Batista Esq.,
                                           Attorney for Plaintiff BOARD OF
18                                         TRUSTEES

21                      **ORDER**

     Good cause appearing, and pursuant to the above stipulation of the parties,
IT IS SO ORDERED THAT:

     1.   The date by which the mediation of this matter must be completed be
extended to July 15, 2008.

2
STIPULATION AND ORDER
*Board of Trustees, et al. v. Ken Douglas Schuldt, et al.*
Case No. CV 07 6403 CRB

2. The Case Management Conference set for June 27, 2008 be postponed to July 25, 2008.

DATED: May 27, 2008



_____
Judge of the United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

3
STIPULATION AND ORDER
*Board of Trustees, et al. v. Ken Douglas Schuldt, et al.*
Case No. CV 07 6403 CRB