**LAW OFFICES OF ARTHUR R. SIEGEL**



ARTHUR R. SIEGEL
351 CALIFORNIA STREET
SUITE 700
SAN FRANCISCO
CA 94104
ASIEGEL@IGC.ORG
FAX  395-9615
415/ 395-9335

June 30, 2008

Concepcion E. Lozano-Batista          via email clozano@unioncounsel.net
Barry E. Hinkle
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

Richard Philip Sax                    via email Richard@rsaxlaw.com
Law Offices of Richard Philip Sax
448 Sebastopol Avenue
Santa Rosa, CA  95401

    Re:    <u>Board of Trustees v. Ken Douglas Schuldt, et al.</u>
            United States District Court Case No. C 07-06403 CRB MED

Dear Counsel:

    This will confirm that we have re-scheduled the mediation in this case for July 21, 2008.  We will meet at my offices at 351 California Street, Suite 700, San Francisco, beginning at 10:00 a.m.  Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office by July 14, 2008.  Email is preferable.

    I look forward to seeing you on July 21st.

Very truly yours,

Arthur R. Siegel

cc: Clerk's Office-ADR Unit
    Via email Alice_Fiel@cand.uscourts.gov
ARS:tr