United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 07-06403 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| KEN DOUGLAS SCHULDT, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Friday, August 1, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before July 25, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 7, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy