```
                                                    FILED
                                                    JUL 2 5 2008
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Board of Trustees, | No. C 07-06403 CRB MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Schuldt, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __7-21-08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session scheduled for (date) __9-3-08__

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: __7-21-08__

_____
Mediator Arthur R. Siegel
Law Offices of Arthur R. Siegel
351 California St
Ste 700
San Francisco, CA 94104

**Certification of ADR Session**
07-06403 CRB MED

United States District Court
Northern District of California