|     |     |
| --- | --- |
| 1   | **LAW OFFICES OF RICHARD SAX** |
| 2   | Richard Sax  SBN 80632 |
|     | 448 Sebastopol Avenue |
| 3   | Santa Rosa, CA  95401 |
|     | Telephone:  (707) 525-1824 |
| 4   | Facsimile:  (707) 525-8119 |
|     | e-mail: Richard@rsaxlaw.com |
| 5   | Attorney for Defendant, |
|     | Ken Douglas Schuldt, |
| 6   | Individually and dba All Access Bobcat |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT,<br><br>Defendants. | Case No. CV 07 6403 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE** |
| --- | --- |

IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel of record in this action, that due to the likely and probable settlement of this

1

matter during a continued mediation conference, the Case Management Conference set for August 1, 2008 be postponed to September 16, 2008, or as soon thereafter as the court permits.

DATED: July 25, 2008                LAW OFFICES OF RICHARD SAX

By _____
Richard Sax, Attorney for
Defendant Ken Douglas Schuldt,
Individually and dba All Access Bobcat
**BY FAX**

DATED: July 25, 2008                WEINBERG, ROGER & ROSENFELD

By _____
Concepcion E. Lozano-Batista Esq.,
Attorney for Plaintiff BOARD OF
TRUSTEES
**BY FAX**

## ORDER

Good cause appearing, and pursuant to the above stipulation of the parties, IT IS SO ORDERED THAT:

The Case Management Conference set for August 1, 2008 be postponed to September 16, 2008, or as soon thereafter as the court permits.

DATED: _____, 2008            _____
                                    Judge of the United States District Court

STIPULATION AND ORDER
Board of Trustees, et al. v. Ken Douglas Schuldt, et al.
Case No. CV 07 6403 CRB

## PROOF OF SERVICE

I declare that: I am employed in the County of Sonoma, California. I am over the age of eighteen (18) years and not a party to the within case; my business address is 448 Sebastopol Ave, Santa Rosa, CA 95401. On July 28, 2008 I served **STIPULATION AND [PROPOSED] ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE** on the interested party in said cause by U.S. mail at Santa Rosa, California, addressed as follows:

Concepcion E. Lozano-Batista Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA  94510
Facsimile: 510-337-1023
Attorneys for Plaintiff

( )    BY OVERNIGHT DELIVERY, PURSUANT TO CCP § 1013 (c): I placed such sealed envelope for collection and mailing by overnight delivery at Santa Rosa, California, within the ordinary business practices. I am readily familiar with the practices of the Law Offices of Richard Sax, said practice being that in the ordinary course of business; correspondence is either picked up by or delivered to the delivery company the same day as it is placed for processing.

(XX)   BY FACSIMILE: I caused the above-described document to be transmitted, pursuant to Rule 2008, by facsimile machine (which complies with Rule 2003(3)) to the parties at the number(s) indicated after the address(es) noted above. The transmission was reported as complete and without error.

(XX)   BY MAIL: I placed said document in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices.  I am readily familiar with the practice of The Law Offices of Richard Sax for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

( )    BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the parties at the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Santa Rosa, California, on July 28, 2008.

_Joanne Miller_ (signature)
Joanne Miller