| | |
|---|---|
| 1 | **LAW OFFICES OF RICHARD SAX** |
| 2 | Richard Sax  SBN 80632 |
|   | 448 Sebastopol Avenue |
| 3 | Santa Rosa, CA  95401 |
|   | Telephone:  (707) 525-1824 |
| 4 | Facsimile:  (707) 525-8119 |
|   | e-mail: Richard@rsaxlaw.com |
| 5 | Attorney for Defendant, |
|   | Ken Douglas Schuldt, |
| 6 | Individually and dba All Access Bobcat |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT, <br><br> Defendants. | Case No. CV 07 6403 CRB <br><br><br><br> **STIPULATION AND [PROPOSED] ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel of record in this action, that due to the likely and probable settlement of this

1

matter during a continued mediation conference, the Case Management Conference set for August 1, 2008 be postponed to September 16, 2008, or as soon thereafter as the court permits.

DATED: July 25, 2008

LAW OFFICES OF RICHARD SAX

By *(signed)* Richard Sax
Richard Sax, Attorney for
Defendant Ken Douglas Schuldt,
Individually and dba All Access Bobcat
**BY FAX**

DATED: July 25, 2008

WEINBERG, ROGER & ROSENFELD

By *(signed)*
Concepcion E. Lozano-Batista Esq.,
Attorney for Plaintiff BOARD OF
TRUSTEES
**BY FAX**

## ORDER

Good cause appearing, and pursuant to the above stipulation of the parties, IT IS SO ORDERED THAT:

The Case Management Conference set for August 1, 2008 be postponed to September 16, 2008, or as soon thereafter as the court permits.

DATED: July 31, 2008

Judge of the United States District Court

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*