BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001
Facsimile  (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KEN DOUGLAS SCHULDT, Individually; KEN DOUGLAS SCHULDT, Individually and doing business as ALL ACCESS BOBCAT; ALL ACCESS BOBCAT,<br><br>Defendants. | No.    CV-07-6403 CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:  September 19, 2008<br>TIME:   8:30 p.m.<br>**COURTROOM  8, 19th Floor**<br>JUDGE:  Hon. Charles R. Breyer |

Now come the parties hereto, The Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al., Plaintiffs, and Ken Douglas Schuldt, et al., Defendants, and submit this Joint Case Management Statement.

/ / /

/ / /

/ / /

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1. **Jurisdiction and Service**

Plaintiffs assert this Court has jurisdiction because this action is brought pursuant to section 502 of the Employee Retirement Income Security Act (ERISA) (29 U.S.C. § 1132), and section 301 of the Labor Management Relations Act (LMRA) (29 U.S.C. § 185).

Defendant was served January 3, 2008.

2. **Facts**

Plaintiffs assert that Defendant was party to a Collective Bargaining Agreement ("CBA") with the Northern District Council of Laborers ("the Union"), pursuant to which Defendant was obligated to make trust fund contributions on behalf of its employees who performed work covered by the CBA. Plaintiffs assert that Defendant failed to make contributions to the Trust Fund on behalf of Defendant's employees pursuant to the CBA. Defendant denies these allegations.

3. **Legal Issues**

The parties have identified the following primary legal issues: (1) whether the CBA was binding on Defendant during the relevant time period, (2) whether hours claimed by Plaintiff for work performed by individual employees of Defendant was covered by the CBA; and (3) whether Defendant failed to make contributions for any covered work performed by employees as required by the CBA.

4. **Motions**

At this time, no motions are pending in this matter. Defendant does not presently anticipate the need to file any motions. If the case does not settle, Plaintiffs anticipate filing a summary judgment motion.

5. **Amendment of Pleadings**

At this time, the parties do not anticipate amending the pleadings.

6. **Evidence Preservation**

Defendant has taken steps to preserve all documentary evidence in place at the time of service of the lawsuit, including electronically-recorded information. Defendant is a small company whose payroll records are maintained by a bookkeeper on a single computer. Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

has instructed its bookkeeper to retain such records during the pendency of this action. Defendant's bookkeeper has no regular program of document destruction.

7. **Disclosures**

Plaintiff and Defendant have made full disclosures as required.

8. **Discovery**

No formal discovery has been taken by either party to date. On a number of occasions, Plaintiffs have informally requested documents from Defendants that substantiate their claims. The parties agreed that Defendant would produce such documents pursuant to their settlement conference on July 21, 2008. Defendants have not produced such documents, but anticipate doing so on September 16, 2008.

If the case does not settle, Plaintiffs and Defendant intend to conduct discovery, including written discovery and depositions.

9. **Class Actions**

This matter is not a class action.

10. **Related Cases**

There are no related cases.

11. **Relief**

Plaintiffs seek an order compelling Defendant to submit to a full audit by auditors selected by the Trust Funds, that Defendant pay contributions found to be due and owing from said audit, plus interest, liquidated damages and attorneys' fees and costs.

Defendant denies liability for any of the relief claimed by Plaintiffs.

12. **Settlement and ADR**

Both parties have complied with ADR Local Rule 3-5. The parties held an initial settlement conference on July 21, 2008 and agreed to another day of settlement discussions once Defendants produce the documents requested by Plaintiffs.

13. **Consent to Magistrate Judge For All Purposes**

The parties do not consent to the assignment of this case to a magistrate judge.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 3 -

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

14. **Other References**

Plaintiffs and Defendant does not believe the case is appropriate for binding arbitration, reference to a Special Master, or the Judicial Panel on Multidistrict Litigation.

15. **Narrowing of Issues**

Because the parties have yet to conduct discovery, they are not aware of any opportunities to narrow issues.

16. **Expedited Schedule**

The parties do not believe this matter is appropriate for an expedited schedule or streamlined procedures.

17. **Scheduling**

The parties propose the following dates: trial in May, 2009; pre-trial conference in late April, 2009; cutoff of expert disclosure and non-expert discovery in early March, 2009; cutoff of expert discovery in late March 2009; hearing for dispositive motions in early April, 2009.

18. **Trial**

Neither Plaintiffs nor Defendant has requested a jury trial.

20. **Service List of Counsel for Plaintiffs:**

    BARRY E. HINKLE, Bar No. 071223
    PATRICIA DAVIS, Bar No. 179074
    CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
    1001 Marina Village Parkway, Suite 200
    Alameda, California 94501-1091
    Telephone: (510) 337-1001
    Fax: (510) 337-1023

///
///
///
///
///
///
///

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

21. Service List of Counsel for Defendants:

RICHARD SAX, Bar No. 80632
Law Offices of Richard Sax
448 Sebastopol Avenue
Santa Rosa, CA 94501
Phone: (707) 525-1824
Fax: (707) 525-8119

Dated: September 12, 2008                    LAW OFFICES OF RICHARD SAX


                                             _____/s/Richard Sax_____
                                             Richard Sax
                                             Attorney for Defendants

Dated: September 12, 2008.

                                             WEINBERG, ROGER & ROSENFELD
                                             A Professional Corporation


                                             By:  /s/Concepción E. Lozano-Batista
                                                  CONCEPCIÓN E. LOZANO-BATISTA
                                                  Attorney for Plaintiffs

116577/505396

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 5 -
JOINT CASE MANAGEMENT CONFERENCE STATEMENT