Richard Sax (SBN 80632) richard@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile:  (707) 525-8119

Attorney for Defendants KEN DOUGLAS SCHULDT, et al.

| | |
|---|---|
| BOARD OF TRUSTEES, et al,<br><br>Plaintiffs,<br><br>v.<br><br>KEN DOUGLAS SCHULDT, Individually, et al,<br><br>Defendants. | Case No. CV 07 6403 CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUING MOTION FOR SUMMARY JUDGMENT |

WHEREAS the parties are involved in ongoing settlement negotiations and attorney of record for Plaintiffs will be unavailable for 30 days beginning March 20, 2009,

IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel of record in this action, that the Motion for Summary Judgment hearing set for June 29, 2009 be postponed for approximately Ninety (90) days to September 28, 2009, or as soon thereafter as the court permits.

DATED: March 13, 2009          LAW OFFICES OF RICHARD SAX


                               By _____
                                  Richard Sax, Attorney for
                                  Defendant Ken Douglas Schuldt,
                                  Individually and dba All Access Bobcat

1
STIPULATION AND ORDER
*Board of Trustees, et al. v. Ken Douglas Schuldt, et al.*
Case No. CV 07 6403 CRB

DATED: March 13, 2009

WEINBERG, ROGER & ROSENFELD

By _____
Concepcion E. Lozano-Batista Esq.,
Attorney for Plaintiff BOARD OF TRUSTEES

## ORDER

Good cause appearing, and pursuant to the above stipulation of the parties, IT IS SO ORDERED THAT:

The Motion for Summary Judgment hearing set for June 29, 2009 be postponed to September 28, 2009, or as soon thereafter as the court permits.

DATED: March 25, 2009

_____
Judge of the United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA