IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br><br>      Plaintiff,<br><br>  v.<br><br>KEN DOUGLAS SCHULDT, individually and d/b/a ALL ACCESS BOBCAT,<br><br>      Defendants.<br>_____ / | No. C07-06403 CRB<br><br>**ORDER** |

Upon representations that a Notice of Bankruptcy has been filed in this matter GOOD CAUSE APPEARING THEREFOR:

    There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

    **IT IS SO ORDERED.**

Dated: September 21, 2009

                                                        CHARLES R. BREYER<br>
                                                        UNITED STATES DISTRICT JUDGE